UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JUWON TORRES,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK; POLICE OFFICER ANGELO PIZZARRO, (Shield No. 7663), and Police Officers JOHN and JANE DOE 1-10,

                                      Defendant.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15 CV 1201 (BMC)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       Aug 27, 2015

ROBERT MARINELLI  
*Attorney for Plaintiff*  
305 Broadway, 9th Floor  
New York, New York 10007

By: _____  
    Robert Marinelli, Esq.

ZACHARY W. CARTER  
Corporation Counsel of the  
  City of New York  
*Attorney for Defendants City of New York and Pizzarro*  
100 Church Street, 3rd Floor  
New York, New York 10007

By: _____  
    Genevieve Nelson, Esq.  
    *Senior Counsel*

SO ORDERED:

_____  
HON. BRIAN M. COGAN  
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015

2